

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Harold Gene Jefferson,                 * From the 104th District Court
of Taylor County,
Trial Court No. 20708-B.

Vs. No. 11-18-00184-CR              * July 18, 2024

The State of Texas,                     * Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in two of the judgments below. Therefore, in accordance with this court's opinion, we vacate the convictions and sentences for sexual assault of a child as alleged in Counts Two and Three. With respect to Count One and Court Four, we affirm the judgments of the trial court.